UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JEANNETE THRASHER**, Plaintiff, vs. **COMMISSIONER OF SOCIAL SECURITY,** Defendant. | **2:20-CV-12821-TGB-CI** |

# JUDGMENT

In accordance with the Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (ECF No. 16), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 14) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 13) is **DENIED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: September 12, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE